IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| TERESA ROBBINS,<br><br>                Petitioner,<br><br>v.<br><br>JO ANNE BARNHART, Commissioner,<br>Social Security Administration,<br><br>                Respondent. | Case No. CV 05-438-S-MHW<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Decision and Order which **AFFIRMED** the Commissioner's decision finding that the Petitioner is not disabled within the meaning of the Social Security Act, Judgment is hereby entered in favor of the **RESPONDENT** and the case is **DISMISSED** with prejudice.



DATED: March 14, 2007

Honorable Mikel H. Williams
United States Magistrate Judge

**Judgment - Page 1**